1  BENJAMIN B. WAGNER
   United States Attorney
2  HENRY Z. CARBAJAL III
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for the
6  United States of America



FILED
NOV 14 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 IN THE MATTER OF THE SEARCH OF:   )   S.W. NO. 1:11-SW-00015-SMS
                                     )
12                                   )
      17651 ALTAMONT DRIVE           )   ORDER RE: MOTION TO UNSEAL
13    MADERA, CALIFORNIA 93638       )   DOCUMENTS
                                     )
14                                   )
                                     )
15                                   )
                                     )
16 _____)

17     Upon application of the United States of America and good cause

18 having been shown, the filings in this case having been previously

19 sealed by order of the Court and it appearing that such filings no

20 longer need to remain sealed based on the government's motion,

21     IT IS HEREBY ORDERED that the filings in the above-captioned

22 case number, including the search warrant, search warrant application

23 and affidavit previously sealed by the Court, be unsealed and made

24 public record.

25 Date: November 14, 2012

26
                                    _____
27                                  BARBARA A. MCAULIFFE
                                    United States Magistrate Judge
28